**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lamar Jones, Appellant.

Appellate Case No. 2010-178246

———————————

Appeal From Charleston County
Roger M. Young, Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-455
Submitted July 2, 2012 – Filed July 25, 2012

———————————

**AFFIRMED**

———————————

Appellate Defender Susan Barber Hackett and Appellate Defender Tristan M. Shaffer, both of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Christina J. Catoe, all of Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.

———————————

**PER CURIAM:**  Lamar Jones appeals his convictions of second-degree burglary and possession of tools of crime, arguing the plea court erred in denying his motion to withdraw his guilty plea because the plea was not made knowingly and voluntarily.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Geer*, 391 S.C. 179, 193, 705 S.E.2d 441, 448 (Ct. App. 2010) ("It is well settled that an issue may not be raised for the first time in a post-trial motion."); *State v. McKinney*, 278 S.C. 107, 108, 292 S.E.2d 598, 599 (1982) ("Absent timely objection at a plea proceeding, the unknowing and involuntary nature of a guilty plea can only be attacked through the more appropriate channel of Post-Conviction Relief.").

**AFFIRMED.**

**FEW, C.J., HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.